IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL R. WILSON,
ADC #138100                                                                                    PLAINTIFF

v.                        CASE NO. 4:11CV00193 BSM/JTK

TERRY BAILEY                                                                                 DEFENDANT

## JUDGMENT

Pursuant to the order entered today, this case is hereby dismissed without prejudice for failure to prosecute, and the relief sought is denied.

Dated this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE